IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS McCANTS, as Personal Representative and Administrator of the Estate of KAREY PETTWAY, deceased; LATOYA McCANTS, in her capacity as surviving partially dependent child of KAREY PETTWAY, <br><br>    Plaintiffs, <br><br>v. <br><br>BASF CORPORATION; JASON SLINKARD; REMEDIAL SERVICES, INC., et al. <br><br>    Defendants. | **CIVIL ACTION NO: 1:18-cv-62-CG-C** |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**
_____

Plaintiffs respectfully move this Court to set a status conference to update all parties as to the status of this case's progression. In support of said motion, Plaintiffs show unto this Court as follows:

<u>Background</u>

1. Karey Pettway died on November 7, 2017, when he was crushed by an industrial vessel while working at BASF Corporation's facility in McIntosh, Alabama.

2. On January 10, 2018, a wrongful death lawsuit was filed in the Circuit Court of Mobile County, Alabama naming BASF Corporation ("BASF"); Jason Slinkard, the Site Manager of BASF's facility in McIntosh; and Remedial Services, Inc., Mr. Pettway's employer.

Procedural History

3. On February 8, 2018, BASF filed a *Notice of Removal* claiming that Plaintiff fraudulently joined BASF's Site Manager for the facility where Mr. Pettway was killed.

4. On March 8, 2018, Plaintiffs filed a *Motion to Remand* this action to the Circuit Court of Mobile County, Alabama in light of the fact that there is not complete diversity of citizenship among the parties as required by 28 U.S.C. § 1332(a).

5. On April 4, 2018, this Court conducted a telephonic hearing.

6. On May 8, 2018, this Court conducted a telephonic hearing.

7. On May 30, 2018, this Court entered a *Report and Recommendation* in which the Magistrate Judge recommended denial of Plaintiffs' *Motion to Remand*.

8. On June 13, 2018, Plaintiffs filed *Plaintiffs' Objections to May 30, 2018 Report and Recommendation.*

9. On June 27, 2018, Defendants BASF and Jason Slinkard filed *Defendants' Response to Plaintiffs' Objections to May 30, 2018 Report and Recommendation.*

10. On July 3, 2018, Plaintiffs filed *Plaintiffs' Reply to Defendants' Response to Plaintiffs' Objections to Report and Recommendation and to Defendants' Response to Plaintiffs' Renewed Motion to Conduct Limited Jurisdictional Discovery and to Submit Affidavit of John Frost.*

11. On August 13, 2018, this case was transferred from the docket of District Judge Callie V.S. Granade to the docket of District Judge Jeffrey U. Beaverstock.

Support for Requesting Status Conference

12. In general, the statute of limitations for negligence claims brought under the Alabama Wrongful Death Statute is two years from the date of the decedent's death. Ala.

Code § 6-5-410.

13. Irrespective of whether prosecuted in state court or federal court, Plaintiffs – by and through their counsel – must act to discover facts in time to seek leave to timely amend the Complaint to the extent necessary.

14. Since filing the underlying wrongful death action in the Circuit Court of Mobile County in January 2018, Plaintiffs have been unable to conduct any discovery. Consequently, Plaintiffs have been unable to determine, for example, whether the present parties are, in fact, the proper parties; whether there are other indispensable parties that must be added to the Complaint; and/or whether there are additional parties that should be joined as party defendants.

WHEREFORE, Plaintiffs respectfully move this Court to set a status conference to update all parties as to the status of this case's progression.

**CUNNINGHAM BOUNDS, LLC**
Attorneys for the Plaintiffs

BY:  /s/  Robert L. Mitchell
ROBERT L. MITCHELL (MITCR9956)
DAVID G. WIRTES (WIRTD6693)
JOSEPH D. STEADMAN (STEAJ8542)
P.O. Box 66705
Mobile, Alabama 36660
T: (251) 471-6191
F: (251) 479-1031

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this **12TH** day of **FEBRUARY**, 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all counsel of record, and/or served such pleading on all counsel of record via electronic mail or, alternatively, placed the same in the U.S. Mail, properly addressed with first-class postage as follows:

                                                                                    */s/   Robert L. Mitchell*