IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS MCCANTS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 18-0062-JB-C |
| | ) |
| BASF CORPORATION; JASON SLINKARD; REMEDIAL SERVICES, INC., et al, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for a Status Conference (Doc. 49). The Court sets Plaintiffs' Motion for hearing on **March 15, 2019 at 9:00 a.m.** in Courtroom 4A of the Courthouse in Mobile, Alabama.

**DONE and ORDERED** this 12th day of February, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE